# United States Bankruptcy Court

For The
Eastern District of North Carolina Fayetteville Division

BARBARA FAY BROCKINGTON  
PO BOX 2452  
LUMBERTON, NC 28359

Case No.: 07-01261-8-SWH  
SS #1: XXX-XX-7459

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 04 | 04 | 07 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 04 | 02 | 08 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 10 | 04 | 12 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $ 513,665.30

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| BARBARA FAY BROCKINGTON | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK | 007 | Secured | 202,198.96 | 202,198.96 | 0.00 | 0.00 |
| WELLS FARGO BANK | 008 | Secured | 47,312.44 | 47,312.44 | 0.00 | 0.00 |
| UNITED MORTGAGE & LOAN | 012 | Secured | 49,991.04 | 49,991.04 | 0.00 | 0.00 |
| UNITED MORTGAGE & LOAN | 013 | Secured | 26,635.79 | 26,635.79 | 0.00 | 0.00 |
| WACHOVIA | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WEST ASSET MANAGEMENT | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WACHOVIA BANK | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JEFF JONES | 009 | Unsecured | 121,581.71 | 22,106.95 | 0.00 | 99,474.76 |
| ALLTEL | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AMERICAN EXPRESS | 002 | Unsecured | 1,721.14 | 309.14 | 0.00 | 1,412.00 |
| BB&T | 003 | Unsecured | 288.42 | 51.85 | 0.00 | 236.57 |
| CENTRAL CAROLINA BANK | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CENTRAL CAROLINA BANK | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CENTRAL CAROLINA BANK | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TIME WARNER | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SUNTRUST BANK | 010 | Unsecured | 9,063.57 | 1,648.01 | 0.00 | 7,415.56 |
| FRONTIER COMMUNICATIONS B | 014 | Unsecured | 1,665.39 | 299.13 | 0.00 | 1,366.26 |
| WACHOVIA BANK | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GILBERT B WEISMAN | 019 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| WACHOVIA BANK | 020 | Unsecured | 24,040.48 | 4,371.26 | 0.00 | 19,669.22 |
| SPRINT PCS | 021 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| C. CHRISTOPHER SMITH | 022 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| LEAMON JERRY STRICKLAND | 023 | Unsecured | 130,740.00 | 23,772.14 | 0.00 | 106,967.86 |
| WILLIAMSON WALTON & SCOTT | 024 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| SPRINT NEXTEL CORP | 025 | Unsecured | 221.54 | 39.84 | 0.00 | 181.70 |
| SUNTRUST BANK | 026 | Secured | 2,284.28 | 2,284.28 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 027 | Priority | 56,410.78 | 56,410.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 027 | Unsecured | 13,951.00 | 2,536.68 | 0.00 | 11,414.32 |
| INTERNAL REVENUE SERVICE | 028 | Priority | 41,184.88 | 41,184.88 | 0.00 | 0.00 |

# United States Bankruptcy Court

For The
Eastern District of North Carolina Fayetteville Division

BARBARA FAY BROCKINGTON  
PO BOX 2452  
LUMBERTON, NC 28359

Case No.: 07-01261-8-SWH  
SS #1: XXX-XX-7459

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 04 | 04 | 07 | The Plan was confirmed on | 04 | 02 | 08 | The Case was concluded on | 10 | 04 | 12 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $ 513,665.30

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| BARBARA FAY BROCKINGTON | 999 | Refund | 13.75 | 13.75 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 328,422.51 | 97,595.66 | 303,273.25 | 0.00 | 13.75 | 729,305.17 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 328,422.51 | 97,595.66 | 55,135.00 | 0.00 | 13.75 | 481,166.92 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 481,166.92 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| GREGORY T GRIFFIN | 3,000.00 | 3,000.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 19,629.14 | 9,869.24 | 0.00 | 29,498.38 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 04/20/2013

Robert R. Browning, Interim Trustee  
P.O. Box 1618  
New Bern, NC  28563